UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
MAY - 6 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. |
| v. | ) |
| VIRGIE ANTONIO HAWKINS, | ) **4:15CR210 RLW/DDN** |
| Defendants. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning in or about March 2014, with the exact date unknown, in the Eastern District of Missouri, and elsewhere, the defendant,

**VIRGIE ANTONIO HAWKINS,"**

did knowingly and intentionally combine, conspire, confederate, and agree, together with COREY AMBUS, JASON DIAZ, and other persons, whose identities are known and unknown to the Grand Jury, to commit the following offenses against the United States: to knowingly and intentionally distribute hydrocodone, Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846 and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SIRENA M. WISSLER #55374MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, MO    63102